United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS LANGENDERFER,

    Plaintiff,

v.

ROGER A. MILLER, et al.,

    Defendants.

Case No. 24-cv-06526-HSG

**ORDER TO SHOW CAUSE**

Pro se Plaintiff Geronimo Thomas Langenderfer initially filed this case in September 2024. Dkt. No. 1. Defendants Thomas J. Madden and Roger A. Miller filed a motion to dismiss on November 26, 2024, arguing that the Court lacks subject matter jurisdiction over this case. Dkt. No. 13. Plaintiff's opposition to the motion was due by December 10. However, as of the date of this order, Plaintiff has not filed any response to the motion. The Court therefore **DIRECTS** Plaintiff to **SHOW CAUSE** why the motion should not be granted, and the case dismissed. Plaintiff shall file a response of no more than ten pages by January 10, 2025. Plaintiff is cautioned that if he fails to respond to this order by January 10, the case may be dismissed in its entirety for failure to prosecute. Defendants do not need to re-notice the motion to dismiss at this time.

**IT IS SO ORDERED.**

Dated: 12/18/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge