UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LANGENDERFER,<br><br>Plaintiff,<br><br>v.<br><br>ROGER A. MILLER, et al.,<br><br>Defendants. | Case No. 24-cv-06526-HSG<br><br>**ORDER DIRECTING SERVICE AND SETTING NEW BRIEFING SCHEDULE** |

Pro se Plaintiff Geronimo Thomas Langenderfer initially filed this case in September 2024. Dkt. No. 1. Defendants Thomas J. Madden and Roger A. Miller filed a motion to dismiss on November 26, 2024, arguing that the Court lacks subject matter jurisdiction over this case. Dkt. No. 13. Plaintiff's opposition to the motion was due by December 10, but he never filed a response. The Court then issued an order to show cause why the motion should not be granted and the case dismissed based on Plaintiff's failure to respond. *See* Dkt. No. 23. Again, Plaintiff did not file a response by the court-imposed deadline. Since then, however, the filings that the Court mailed to Plaintiff have been returned as undeliverable. *See, e.g.*, Dkt. Nos. 24–26, 27–29. It has come to the Court's attention that Plaintiff had the wrong address on file, and he has since filed a notice of change of address. *See* Dkt. No. 30.

The Court therefore **DISCHARGES** the **ORDER TO SHOW CAUSE**, Dkt. No. 23, and **DIRECTS** the Clerk to re-send the following documents to Plaintiff's new mailing address:

- Clerk's Notice of Impending Reassignment. Dkt. No. 16.
- Order Reassigning Case. Dkt. No. 17.
- Clerk's Notice Setting a Case Management Conference. Dkt. No. 18.

- Corrected Clerk's Notice Setting a Case Management Conference.  Dkt. No. 19.
- Clerk's Notice Vacating Case Management Conference.  Dkt. No. 22.
- Order to Show Cause.  Dkt. No. 23.

Defendants are similarly **DIRECTED** to re-serve the motion to dismiss, Dkt. No. 13, and all supporting documents, Dkt. Nos. 14–15, on Plaintiff at his updated address by January 31, 2025.  The Court **RESETS** the briefing schedule on the motion to dismiss as follows:

- Plaintiff's opposition to the motion to dismiss is due by March 3, 2025.
- Defendants' reply is due by March 17, 2025.

Once the briefing is complete, the motion to dismiss will be deemed submitted and no hearing will be held, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated:     1/29/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge